In the Matter of NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY, Respondent, against GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Appellant.

(Argued December 13, 1932; decided January 10, 1933.)

*John J. Bennett, Jr., Attorney-General* (*Harold Greenstein, Henry Epstein* and *Samuel R. Feller* of counsel), for appellant.

*Samuel D. Macpeak* and *Patrick J. McGill* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.